## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: <br> ANNIE BELLE MASON <br><br> Debtor(s) | CASE NO. 14-14843 NWW <br><br> CHAPTER 13 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held on July 2, 2015, at 9:00 a.m. in Courtroom A, Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402. on the **Trustee's Motion to Dismiss for Lack of Feasibility**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

### TRUSTEE'S MOTION TO DISMISS FOR LACK OF FEASIBILITY

Comes now Kara L. West, Trustee, pursuant to 11 U.S.C.S. §1307 and Bankruptcy Rule 8011, and moves this court to enter an order dismissing this case for the lack of feasibility.

To cure the problem:

**Debtor's payments into the plan must be $1,380.00 MONTHLY.**

/s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
P O Box 511
Chattanooga, TN 37401
(423) 265-2261

CERTIFICATE OF SERVICE

      I certify that on June 4, 2015, I serviced the **TRUSTEE'S MOTION TO DISMISS FOR LACK OF FEASIBILITY** to the following interested parties by personal delivery, or mailing via ECF, personal delivery, or mailing via the U.S. Postal Service, postage prepaid, at their scheduled addresses

/s/Dee Jones
Chapter 13 Office Clerk

ANNIE BELLE MASON
862 AUBREY AVENUE
CHATTANOOGA, TN 37411

KENNETH C RANNICK PC
4416 BRAINERD RD
CHATTANOOGA, TN 37411-
VIA ECF

Kimberly C. Swafford
Assistant United States Trustee
Via ECF