**SO ORDERED.**
**SIGNED this 8th day of July, 2015**

*Nicholas W. Whittenburg*

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE:  ANNIE BELLE MASON | * | BK# 14-14843-NWW |
| | * | |
| Debtor | * | Chapter 13 |

### AGREED ORDER

This matter is before the Court, on a Trustee's Motion to Dismiss for lack of feasibility.  Based on the Debtor's willingness to adjust her plan payments to make the plan feasible, the Court finds that the plan may continue as confirmed inclusive of the changes contained herein. Accordingly, upon agreement of the parties, it is

ORDERED that the ongoing plan payments are increased to $1,360.00 monthly.  It is further

ORDERED that the Trustee's Motion to Dismiss for Feasibility set for July 2, 2015 is denied and the hearing cancelled.

Approved for Entry:

KENNETH C. RANNICK, P.C.

/s/ LuAnn M. Whaley
Kenneth C. Rannick, #011106

LuAnn M. Whaley, #023085
4416 Brainerd Road
Chattanooga, TN 37411
423/624-4002 telephone
423/624-0509 facsimile
rannick@lawyerchattanooga.com email

/s/ Cherie N. Knotts by L. Whaley w/ permission
CHAPTER 13 TRUSTEE
Kara L. West, Trustee (25744)
Cherie N. Knotts, Attorney (27360)
P.O. Box 511
Chattanooga, TN 37401
423/ 265-2261 telephone

###